# Third District Court of Appeal

## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0158
Lower Tribunal No. 19-19350

_____

**Sunset Island 3 & 4 Property Owners, Inc., etc.,**
Appellant,

vs.

**Palau Sunset Harbor Condominium Association, Inc., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Young, Berman, Karpf & Karpf, P.A., and Andrew S. Berman and Christina Ferreiro, for appellant.

Mark Migdal & Hayden, and Etan Mark; Kula & Associates, P.A., and Elliot B. Kula, for appellees.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.